**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT BOSCH GMBH AND ROBERT BOSCH LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Civil Action No. 26-cv-2212 |

**COMPLAINT**

Robert Bosch GmbH and Robert Bosch LLC ("Plaintiffs" or "BOSCH"), by and through their undersigned counsel, hereby file this Complaint against the individuals, corporations, limited liability companies, partnerships, and unincorporated associations identified on Schedule A hereto (collectively, "Defendants") and allege as follows:

**I.    Jurisdiction And Venue**

1.    This Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of the Lanham Act, 15 U.S.C. § 1051, *et seq*., 28 U.S.C. § 1338(a)-(b), and 28 U.S.C. § 1331.

2.    Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400(a), and this Court may properly exercise personal jurisdiction over Defendants pursuant to Federal Rule of Civil Procedure 4(k)(2) since each of the Defendants directly targets consumers in the United States, including New York, through at least the fully interactive commercial internet stores

1

operating under the Defendant aliases and/or the online marketplace accounts identified in Schedule A attached hereto (collectively, the "Seller Aliases").

3. This Court may exercise personal jurisdiction over Defendants pursuant to Fed. R. Civ. P. 4(k)(1)(A), which permits service under New York's long-arm statute, C.P.L.R. § 302(a)(1) and 302(a)(3)(i) and (ii), or alternatively pursuant to Fed. R. Civ. P. 4(k)(2), because, upon information and belief, Defendants regularly conduct, transact, and/or solicit business in New York and in this Judicial District, derive substantial revenue from business transactions in New York and in this Judicial District, and otherwise avail themselves of the privileges and protections of the laws of the State of New York such that this Court's assertion of jurisdiction over Defendants comports with due process and does not offend traditional notions of fair play and substantial justice.

4. In addition, Defendants' illegal counterfeiting and infringement actions caused injury to Plaintiffs in New York and in this Judicial District such that Defendants should reasonably expect such actions to have consequences in New York and this judicial District.

5. For example, Defendant Internet Stores accept orders for counterfeit products from consumers and offer to ship those counterfeit goods to New York addresses located in this Judicial District.

6. Moreover, upon information and belief, Defendants are systematically directing and targeting their business activities at consumers in the U.S., including those in New York and in this Judicial District, by accepting payment through accounts with online payment platforms such as PayPal and Shop Pay (the "User Account(s)"), as well as any and all as yet undiscovered User Accounts held by or associated with Defendants, their respective officers, employees, agents, servants, and all persons in active concert or participation with any of them, through which

2

consumers in the U.S., including New York (and more particularly, in this Judicial District), can view the online marketplace 'store-fronts' that each Defendant operates, communicate with Defendants regarding their listings for counterfeit products, and place orders for, receive invoices for, and purchase counterfeit products for delivery in the U.S., including New York (and more particularly, in this Judicial District), as a means for establishing regular business with the U.S., including New York (and more particularly, in this Judicial District).

## II.    Parties

7.    Plaintiff Robert Bosch GmbH is a multinational German engineering and technology company that develops and manufactures BOSCH-branded products, which are marketed, sold, and distributed in the United States by Plaintiff Robert Bosch LLC.

8.    BOSCH is a globally recognized brand associated with high-quality engineering and technology products. BOSCH products include a wide range of automotive components, power tools, industrial equipment, household appliances, and related technologies. The BOSCH brand has become one of the most recognizable symbols of German engineering and innovation worldwide. Plaintiffs develop, manufacture, market, sell, and distribute BOSCH-branded products throughout the world, including in this Judicial District. Plaintiffs are the official source of

authentic BOSCH products (hereinafter referred to as the "BOSCH Products").





https://www.bosch.us/

9.      This action has been filed to combat online trademark infringers who trade upon Plaintiff's reputation and goodwill and valuable intellectual property by selling and/or offering for sale unauthorized and infringing versions of the BOSCH Products in violation of Plaintiffs' federally registered trademarks.

10.     Plaintiffs Robert Bosch GmbH and Robert Bosch LLC are the current registered owners of the BOSCH Trademarks, including U.S. Trademark Registration Nos. 812,033; 812,075; 812,138; 1,179,992; 1,180,033; 1,226,566; 1,467,187; 1,569,353; 1,637,401; 1,641,945; 1,642,718; 2,088,521; 2,149,986; 2,295,602; 2,364,788; 2,718,833; 2,965,641; 3,078,075; 3,564,853; 3,761,323; 5,440,334; 6,965,965; 7,117,059; and 7,226,804 (collectively, the "BOSCH Trademarks").

| Trademark | Registration No. | Goods and Services |
|---|---|---|
| BOSCH | 812,033 | Electric Tools And Portable And Movable Electric Machine Tools, Comprising Hand Machine Tools And Their Parts, Multipurpose Hand Motors, Portable Electric Tools-Namely, Drilling Machines, Drilling And Reaming Machines, Grinders, Nut Runners, Tappers, Sheet Metal Shears, Milling Machines, Polishers For Wet And Dry Polishing, Roll Pickers For Cleaning Of Spinning Machines, Drill Hammers, Drilling Blowers, Percussion Hammers, Plumber's And Electrician's Power Hammers, Tools, Such As Drills, Milling Cutter Files, Woodworking Tools (Rasps), Counter-Sinking Tools, Filing Discs, Polishing Cups And Discs, Brushes, Grinding Discs, Shapers; Supports For Electric Hand Motors; Builder's Power Hammers; Magnetic Tools-Namely, Magnetic Chucks For Workpieces And Tools, Magnetic Bases For Tools And Measuring Instruments; Electric Machines For Domestic Use For Preparing Food, And Accessories Comprising Kneaders, Mixers, Liquidizers, Slicers, Shredders, Pommes-Frittes (Potato Chip) Discs, Meat Mincers, Juice Extracting Attachments, Grating Attachments; Refrigerator Controls, And Parts Of All Of The Said Goods. |
| BOSCH | 812,075 | Class 7: Multi-Purpose Hand Motors, Drilling Machines And Supports For Drilling Machines, Drilling And Reaming Machines, Grinders, Nut Runners, Tappers, Sheet Metal Shears, Milling Machines, Polishers For Wet And Dry Polishing, Roll Pickers For Cleaning Of Spinning Machines, Drill Hammers, Drilling Blowers, Boring Bars, Hard Metal Drilling Bits, Percussion Hammers, Plumber's Power Hammers, Builder's Power Hammers, Insert Tools, Such As Drills, Milling Cutter Files, Wood Working Tools (Rasps), Countersinking Tools, Filing Discs, Polishing Cups And Discs, Brushes, Grinding Discs, Shapers; Supports For Hand Motors; Motor Compressor Units; Vibrators; Electric Machines And Accessories (For Commercial Use) For Preparing Food Comprising Kneaders, Mixers, Liquidizers, Slicers, Shredders, Pommes-Frites (Potato Chip) Discs, Potato Peelers, Citrus Presses, Meat Mincers, Juice Extracting Attachments, Grating Attachments, Noodle-Making Attachments, Fritter-Making Attachments, Sausage Stuffers. |

| | | |
|---|---|---|
| BOSCH | 812,138 | Class 11: Refrigerators And Parts of Refrigerators, Comprising Cooling and Condensing Units, Compressors, Evaporators, And Refrigerator Cabinets. |
| BOSCH | 1,179,992 | Class 11: Electric Headlamps, Electric Fog and Driving Lights, Electric Spotlights. |
| BOSCH | 1,180,033 | Class 12: Pneumatic Spring Suspensions, Electric Horns, All for Land Vehicles. |
| BOSCH | 1,226,566 | Class 11: Domestic Electric Appliances-Namely, Automatic Tea and Coffee Makers. |
| BOSCH | 1,467,187 | Class 11: Gas Water Heaters, Heater Broilers, Gas Boosters for Solar Systems, Blower Gas Burners, Gas Ignitors for Commercial or Domestic Use. |
| BOSCH | 1,569,353 | Class 9: Workshop Test Benches for Testing Starting Motors, Generators, Fuel Injection Pumps; Fuel Injection Nozzle Testers; Carbon Monoxide Analyzers; Monitoring Apparatus for Use in Measuring Concentration of Oxygen and Gases; Temperature Controls. |
| BOSCH | 1,637,401 | Class 7: Starters For Combustion Engines and Diesel Engines (Not For Land Vehicles); Magnetos, Transistorized Ignitions For Engines; Ignition Components For Engines, Namely Ignition Coils, Ignition Distributors, Contact Sets And Spark Plugs; Electric Motors (Not For Land Vehicles); Electric Generators And Alternators; Fuel Injection Systems For Gasoline Engines Comprising Fuel Pumps, Injectors, Fuel Rails, Fuel Pressure Regulators, Governors, Idle Speed Actuators, Throttle Switches Air Valves And Magnetic Valves; Diesel Engine Fuel Injection Equipment, Namely, Injection Pumps, Nozzles, Nozzle Holders, Delivery Valves, Magnetic Valves And Timers; Flame Starters For Diesel Engines; Heating Flanges, Glow Plugs For Diesel Engines; Air, Oil And Fuel Filters For Engines (Not For Land Vehicles); Electro-Hydraulic Pumps, Hydraulic Accumulators, Hydraulic Cylinders, Hydraulic Piston Motors, Hydraulic Valves; Pneumatic Cylinders, Pneumatic Door Actuators And Air Compressors.<br><br>Class 12: Starters For Land Vehicle Engines; Electric Motors For Land Vehicles; Air, Oil And Fuel Filters For Land Vehicle Engines; Hydraulic Steering Pumps For Land Vehicles. |

| | | |
|---|---|---|
| BOSCH | 1,641,945 | Class 9: Microcomputers, Microprocessors, Program and Data Memory, Input and Output Circuitry and Sensors for Measuring, Controlling and Regulating the Ignition and Fuel Injection of Automotive Vehicles; Electronically Controlled Gasoline Injection Equipment; Exhaust Gas Analyzers; Electric Batteries; Condensers; Car Fuses; Electric Switches; Electric Cables; Car Aerials, Interference Suppressors. |
| BOSCH | 1,642,718 | Class 12: Vehicle Parts, Namely Windshield Wipers, Wiper Blades, Wiper Blade Refills and Windshield Washers. |
| BOSCH | 2,088,521 | Class 9: Instruments And Equipment for Motor Vehicle System Analysis, Namely, Exhaust Gas and Diesel Smoke Analyzers, Brake System Analyzers, Testing Apparatus for Diagnosing Performance in Simulated Driving Conditions; Motor Testers; Workshop Test Benches for Use in Connection with Fuel-Injection Pumps, Starter Motors and Generators. |
| BOSCH | 2,149,986 | Class 6: Metal Frames For Supporting Industrial Machines; Metal Safety And Guard Structures For Use In Connection With Industrial Machines.<br><br>Class 7: Table Machine Presses; Materials Handling Equipment, Namely, Conveyor Belts And Chains, Industrial And Vibratory Conveyors, Tipping Devices, Transfer Conveyors; Electrical Handling Devices For Industrial Use, Namely, Grippers And Swivel Arm Robots; Deburring And Contouring Machines For Industrial Use And Spindle Drives For Machine Tools Used In Manufacturing; Frozen Food Packaging Machines.<br><br>Class 9: Electric Controls For Use In Manufacturing, Namely, Computer Controls For Machine Tools Used In Manufacturing; Resistance Welding Controls; Brushless Servo Control Drives; Robot Controls; Programmable Logic Controls For Use With Industrial Manufacturing Equipment; Electronic Controls For Automated Assembly Processes In The Manufacturing Field.<br><br>Class 10: Modular Work Place Units, Namely, Work Tables, Workbenches And Swiveling Work Seats. |

| BOSCH | 2,295,602 | Class 28: Playthings, Namely, Functional Toys That Resemble Power Tools. |
|---|---|---|
| BOSCH | 2,364,788 | Class 7: Electric Motors And High Frequency Electric Generators.<br><br>Class 9: Scientific Nautical, Geodetic, Electrical, Chemical, Physical Apparatuses And Instruments, Namely, Signal Recorders, Signal Processors, Electronic Apparatus For Sending, Receiving, Storing And Displaying Data In The Form Of Audio And Video Signals; Blank Magnetic Data Carriers; Electronic Measuring Apparatus For Use In Navigational Systems For Land, Air, Space And Water Craft; Regulators And Controllers For Use In Navigational Systems For Land, Air, Space And Water Craft; Anti-Intrusion Alarms; Position-Finding And Navigation Satellites For Use By Land, Air, Space And Water Craft; Power Supplies; Battery Charging Equipment; Semiconductor Devices; Printed Circuit Boards; Integrated Circuits; Electric And Fiber Optic Cables; Electric Switches; Electric Switchgear Cabinets; Electronic Sensors And Detectors For Use In Navigational Systems For Land, Air, Space And Water Craft.<br><br>Class 11: Solar Generators And Solar Collector Cells, Electronic Air Filters For All Uses. |
| BOSCH | 2,718,833 | Class 9: Electric And Electronic Measuring Tools Partly Using Laser Technics, Especially for Measuring Distances, Heights, Angles, Gradients and Location Tools for Finding Metal and Other Materials. |
| BOSCH | 2,965,641 | Class 7: Pneumatic Tools-Namely, Cutters, Drills, Grinders, Hammers, Sanders, Saws and Screwdrivers, Deburring Machines, Metal Cleaning Machines; Dish Washers, Washing Machines, Spin Dryers, Ironing Machines. |

| | | |
|---|---|---|
| BOSCH | 3,078,075 | Class 9: Detectors And Detection Systems, Namely, Electronic Intrusion Detectors, Microwave Detectors, Passive Infrared Detectors, Photoelectric Beam Detectors; Motion Detectors; Detectors With Built In Cameras; Audio Glass Break Detectors; And Safe And Vault Detectors, But Specifically Excluding Electric Digital Inductive Loop Vehicle Detectors; Electronic Alarms And Alarm Control Equipment, Namely Fire And Smoke Sensors, Fire And Smoke Alarms, Alarm Communication Transmitters, Power Supplies, Audio Alarm Horns And Strobe Lights; Access Control Equipment And Systems; Namely Electronic Keys And Cards; Readers, Door Controllers, And Request-To-Exit Sensors For Doors; Personal Safety And Asset Tracking Systems Composed Of Radio Transmitters, Receivers, Alert Units, Transponders, And A Central Computer Which Receives The Alarm And Trouble Signals, Activates The Alert Units Which Trigger Alarm Units, And Displays The User's Or Asset's Name, Description And Current Location On Alarm Map; Closed Circuit Television Products And Accessories, Namely Cameras, Monitors, Switches, Lenses, Video Cassette Records, And Related cctv Accessories, Namely, Video Amplifiers, Camera Housings, Video Compressors, Pan And Pan-Tilt Heads, And Mounting Brackets; Security Communication Equipment, Namely Radios, Intercoms, Pagers And Walkie Talkie. |

| | | |
|---|---|---|
| BOSCH | 3,564,853 | Class 7: Household And Electric Kitchen Machines And Apparatus, Namely, Mincing Machines, Mixing And Kneading Machines, Electric Clothing Pressing Machines, Juice Extractors, Juice Centrifuges, Grinders, Slicing Machines, Electric Motor-Driven Tools, Namely, Electric Can Openers, Knife Sharpeners, Machines And Devices For The Preparation Of Beverages And Food, Namely, Electric Food Processors; Electric Waste Disposal Units, Namely, Waste Masticators And Compressors; Dishwashers; Electric Machines And Appliances For Treating Laundry And Clothing, Namely, Washing Machines, Clothes Ironing Machines, Laundry Presses; Electric Cleaning Apparatus For Household Use, Namely, Window Cleaning Machines, Shoe Cleaning Machines, Vacuum Cleaners And Parts Therefore, Namely, Hoses, Pipes, Dust Filters An Dust Filter Bags.<br><br>Class 9: Electric Apparatus And Instruments, Namely, Electric Irons, Kitchen Scales, Personal Scales; Electric Film Wrap Welding Devices, Namely, Electric Arc Welders; Remote Controls For Radio, Television, Stereo; Electrical Controllers; Electric Apparatus Or Dispensing Beverages Or Food, Namely, Vending Machines; Data Processors And Data Processing Computer Programs For Controlling And Operating Household Appliances; Iron Pressing Machines; Recorded And Not Recorded Machine Readable Data Carriers, Namely, Magnetic Data Carriers For Household Appliances; Vending Machines; Data Processors For Controlling And Operating Household Appliances And Replacement Parts For Aforementioned Goods.<br><br>Class 11: Heating, Steam Producing, Cooking, Baking, Frying, Grilling, Toasting, Thawing And Hot-Keeping Apparatus, Namely, Electric Ovens, Electric Hot Plates, Electric Immersion Heaters For Fast Heating Of Water, Electric Cooking Pots With Integrated Heating, Microwave Ovens, Cooling Devices, Namely, Refrigerators, Freezers, Refrigerator-Freezers, Deep Freezers, Ice-Making Machines; Electric Ice-Cream Makers; Electric Dryers, Namely, Laundry Dryers, Tumble Laundry Dryers; Electric Hot Air Hand Dryers; Hand-Held |

|  |  | Electric Hand Dryers For Domestic Use; Ventilation Devices, namely, Ventilators For Ovens, Grease Filter Devices And Extractor Devices, Namely, Range Hoods, Extractor Hoods For Ranges; Air Conditioning Devices And Devices To Improve Air Quality, Namely, Air Conditioners, Air Humidifiers, Water Piping Devices And Sanitary Equipment, Namely, Mixer Faucets For Water Pipes; Fittings For Steam, Air And Water Piping Equipment, Namely, Shower Control Valves; Warm Water Devices, Namely, Water Heaters, Storage Water Heaters And Continuous Flow Water Heaters; Kitchen Sinks; Heat Pumps. |
|---|---|---|
| Hydro-Boost | 3,761,323 | Class 12: Vehicle Braking Systems Comprised Of Hydraulically Actuated Force Amplifying Mechanisms, For Use on Land Vehicles Up To 20,000 Pounds. |

| BOSCH | 5,440,334 | Class 7: Electric Motors, Not For Land Vehicles; Starters For Motors And Engines, Excluding Those For Land Vehicles; Generators, Namely, Electric Generators And Gas-Operated Power Generators; Ignition Devices For Motors Of Land Vehicles, Namely, Ignition Systems For Internal Combustion Engines; Glow Plugs; Sparking Plugs For Internal Combustion Engines; Internal Combustion Engine Parts, Namely, Lambda Probes; Ignition Parts For Internal Combustion Engines, Namely, Ignition Distributors, Ignition Coils; Ignition Magnetos For Engines; Sparking Plug Connectors For Internal Combustion Engines; Engine Parts, Namely, Injection Pumps, Fuel Pumps For Land Vehicle Engines; Speed Governors For Machines, Engines And Motors; Combustion Engine Fuel Nozzles, Namely, Injection Nozzles And Nozzle Holders; Valves Being Parts Of Machines; Fuel Filters; Oil Filters; Air Filters For Mechanical Purposes And For Vehicle Motors And Engines; Internal Combustion Engine Parts, Namely, Hydraulic Pumps, Hydraulic Motors, Hydraulic Valves Actuators, Hydraulic Cylinders, Hydraulic Reservoirs, Hydraulic Filters; Pneumatic Valves Actuators; Compressed-Air Brakes For Machines; Compressors As Part Of Machines, Motors And Engines In The Nature Of Compressed-Air Devices, Namely, Air Compressors, Compressed-Air Reservoirs; Pump Control Valves; Valves Being Parts Of Machines, Namely, Braking Valves; Automotive Parts, Namely, Exhaust-Gas Turbochargers; Servo Drives And Drive Spindles For Motors; Resistance Welding Systems Consisting Primarily Of Electric Welding Machines And Also Containing Hydraulic Welding Controls For Electric Welding Machines, AC And MFDC Power Inverters, Control Software, Input And Output Circuit Boards; Modular Elements For Automatic Assembly/Production Technology, In The Nature Of Workplace Equipment, Namely, Tables Specifically Adapted To Hold Powered Machinery And Workbenches For Machine Tools In The Nature Of Saw Benches Being Parts Of Machines, Machine Mountings In The Nature Of Leveling Mounts For Machines, Machine Parts, Namely, Fasteners For Power-Operated Sharpening Stones, Namely, Grindstone Mount, Safety And |

| | | |
|---|---|---|
| | | Protective Devices In The Nature Of Mechanical Devices For Protecting Persons And Equipment, Namely, Power-Operated Life Safety Mechanisms, Namely, A Controlled Descent Device Comprised Of Several Descent Slowing Mechanisms Allowing For The Regulated Descent At A Fixed And Safe Speed; Lifting Devices, Namely, Lifting Work Platforms; Industrial Machine Presses, Namely, Table Presses; Material Provision And Management Systems Comprised Of Conveyor Belts, Chain Conveyors, Vibratory Feeder Machines For Handling Bulk Quantities Of Materials, Tilting Devices In The Nature Of Tilting Machines Used With Chain Conveyers, Programmable Electrical Grippers Being Machines Parts For Conveying Machines And Programmable Electrical Single-Arm Industrial Robots; Metal Working Machines, Namely, Mechanical, Thermal And Electrochemical Deburring Machines; Electric Power Tools And Their Plug-Ins Parts, Namely, Circular Saws, Drill Drivers, Reciprocating Saws, Impactor/Impact Driver, Sanders, Jigsaws, Hammer Drills, Scroll Saws, Hole Saws, Chop Saws, Mitre Saws, Band Saws, Drill Chucks, Bench Drill Press, Cordless Screwdrivers, Grinders, Routers, Tile Saws, Burrs, Countersinks, Rotary Hammers, Table Saws, Planers; Electric Kitchen Appliances And Accessories, Namely, Electric Food Processors; Dishwashing Machines; Washing Machines For Household Purposes; Parts And Accessories For The Abovementioned Products Included In This Class, Namely, Router Bits, Power Saw Blades, Shanks Being Machine Parts, Thread Milling Cutters, Chisels For Machines, Machine Tool Holders And Non-Electric Drill Adapters For Use In Joining Extensions And Power Drill Bits; Starters For Internal Combustion Engines<br><br>Class 9: Electrical And Electronic Measuring, Monitoring And Control Devices For Installation In Motor Vehicles To Measure Air Pressure And Fuel And Exhaust Gases, To Regulate Oxygen Flow And Fuel, And To Modify Or Monitor Engine Performance, Speed, Engine Transmission, And Drive Train; Apparatus For Recording, Conditioning, Processing, Transmitting, Receiving |

| | | And Indicating Signals, Data, Images And Sounds, Namely, Audio Recorders, Digital Media Receivers; Blank Electric And Electromagnetic Data Carriers; Video Cameras; Monitors, Namely, Computer, Television, Video, And Touchscreen Monitors; Loudspeakers; Antennas For Radio And Television Receivers; Car Aerials; Portable Radiotelephones; Car Telephones; Alarm Monitoring Systems; Devices For Location And Navigation For Installation In Land Vehicles, Aircraft And Marine Craft, Namely, GPS Navigation Devices; High-Frequency Generators, Namely, Radio Frequency Generators For Supplying Radio-Frequency Energy; Power Supply Devices, Namely, Power Supplies; Electric Filters, Namely, Camera Filters And Antennae Filters; Semiconductor Components, Namely, Semiconductor Chips; Optoelectronic Components, Namely, Optical Cables And Filters For Optical Devices; Electric And Electronic Circuits, Namely, Printed, Etched And Casted Circuits; Integrated Circuits; Relays, Electric; Fuses; Leads For Electric, Electronic And Optical Signals, Namely, Electric, Electronic And Optical Cables; Cable Connections, Namely, Electrical Cables For Use In Connections; Electric Switches; Voltage Regulators, Namely, Electronic Regulators For Headlamp Beam Adjustment, Electric Motors; Sensors, Namely, Electric Sensors, Acceleration Sensors, And Oil Level Sensors; Detectors, Namely, Laser Speed Detectors And Radar Detectors; Switching Devices, Namely, Automatic Switching Apparatus For Telecommunication; Switch Boxes; Solar Cells And Solar Generators In The Nature Of Solar Batteries; Automotive Testing Equipment, Namely, Diagnostic Analyzers For Motor Vehicles, Namely, For Exhaust Gas Analysis, Soot Particle Analysis, Brake Function Testing Equipment, Electronic Diagnostic Instruments And Equipment For Simulations, Engine Testers, Electronics Test And Measurement Devices, Namely, Workshop Test Devices For Injection Pumps, Starters And Generators; Batteries; Charging Devices, Namely, Battery Chargers; Battery Testers; Amplifiers; Transformers; Cable Drums In The Nature Of Reels For Electric Wire; Parts And Accessories For The Abovementioned Goods Included In This Class, |

14

Namely, Electromagnets, Electric Voltage Transformers, Electric Accumulators, Electronic Components In The Nature Of Electronic Switches, Transmitters Of Electronic Signals And Liquid Crystal Displays, Extension Cords, Adapter Plugs, Electric Cables And Special Housings In The Nature Of Electrical Connector Housings, Electric Switch Housings; Electronic Control Devices For Production Technology, Namely, Electronic Controls For Robots

Class 11: Heating, Cooking, Grilling, Warming And Cooling Apparatus, Namely, Barbecue Grills, Warming Drawers Sold As Parts Of Ovens For Kitchens, Stoves, Water Heaters, Immersion Heaters, Microwave Ovens, Deep Freezers; Gas Igniters, Namely, Oven Gas Igniters; Vehicle Headlamps And Lights, Namely, Lights For Vehicles; Cooling Devices, Namely, Freezers And Refrigerators Refrigerated Cabinets, Combination Refrigerator-Freezers, Deep Freezers, Ice Making Machines, Ice-Cream Makers; Ventilation Systems Comprised Of Ventilation Hoods And Exhaust Fans; Hair Dryers; Coffee Machines, Electric; Electric Roasters; Baking Ovens; Electric Toasters; Air-Conditioning Apparatus And Installations; Laundry Dryers, Electric, Namely, Tumble Dryers; Heating Systems For Residential And Commercial Buildings Comprised Of Monitoring And Control Devices For Gas Heaters Sold As A Unit For Heating Systems; Structural Parts, Fittings, And Accessories For The Abovementioned Goods Included In This Class, Namely, Replacement Parts For Refrigerators And Freezers, Namely, Refrigerator Shelving In The Nature Of Drawers, Shelves, Handles, Egg Racks, Oven Racks Sold As Parts Of Ovens, Grease Filters, Microwave Accessories, Namely, Rotating Rings And Turntables Sold As Parts Of Microwaves, Broiling Pans, Convection Racks Sold As Parts Of Ovens, Propone Igniters For Gas Appliances, Cable Harness Kits Consisting Of Electrical Heating Cables Sold As Parts Of Ovens, Heating Element Broiler Sold As Parts Of Ovens, Lint Screens Sold As Parts Of Electric Laundry Tumble Dryers, Boot Gaskets Sold As Parts Of Ovens; Defrosting Apparatus For Vehicles, Namely, Defrosting

15

| | | |
|---|---|---|
| | | Systems For Windscreens<br><br>Class 12: Electric Motors For Land Vehicles; Restraining Systems For Installation In Motor Vehicles Comprised Of Vehicle Seat Belt Pre-Tensioners, Airbags And Sensors In The Nature Of Sensors For Land Vehicles, Namely, Electric Power Steering Torque Sensors, Sold As A Component Of The Power Steering System; Servo Brakes And Compressed-Air Brakes For Land Vehicles And Aircraft; Antilock Brake Systems For Vehicles; Traction Control Brake Systems For Vehicles And Parts Thereof; Gearboxes For Land Vehicles, Namely, Gearbox Controllers; Vehicle Dynamics Control Systems; Windscreen Wipers; Hydraulic Steering Systems For Land Vehicles, Aircraft And Marine Craft Comprised Of Steering Wheels And Steering Wheel Locks; And Structural Parts And Accessories For The Abovementioned Goods Included In This Class, Namely, Steering Wheel Structural Parts In The Nature Of Steering Gears, Steering Racks, Power Packs Comprised Of An Electric Motor And An Electronic Control Unit For A Rear Axle Steering System, Axle Bearings For Land Vehicles, Wheel Bearing Kits For Use With Land Vehicles, Transmission Seals For Automobiles, Belt Pulleys For Land Vehicles, Universal Joints For Land Vehicles, Steering Columns And Steering Column Brackets As Structural Parts For Land Vehicles, Steering Column Adjusting Equipment, Namely Gears, Steering Output Shafts, Steering Brakes, Clutches For Land Vehicles, Transmissions For Land Vehicles, Valves, Namely Brake Valves For Land Vehicles, Power Brake Cylinders, Electric Drives For Vehicles |
| BOSCH | 6,965,965 | Class 25: Clothing, Namely, T-Shirts, Polo Shirts, Button-Up Shirts, Long Sleeve Shirts, Blouses, Ties, Vests, Jackets, Coats, Pants, Sweatshirts, Hooded Sweatshirts, Neck Gaiters, Gloves, Shoes, Hats |

| BOSCH | 7,117,059 | Class 10: Medical apparatus and instruments, not for use in dental procedures, in the nature of breath gas analyzers for medical diagnosis, oxygen monitors for medical use, lung function monitors for medical use, medical diagnostic apparatus for testing for viruses, analyzers for bacterial identification for medical purposes; suture materials. <br><br> Class 28: Games and playthings, namely, toy tools and functional toys that resemble power tools. |
|---|---|---|

| | 7,226,804 | Class 7: Motors, Electric, Other Than For Land Vehicles; Starters For Engines, Other Than For Land Vehicles; Electric Generators, Ignition Parts For Internal Combustion Engines, Namely, Igniting Distributors, Ignition Coils; Glow Plugs, Sparking-Plugs For Engines, Igniting Distributors, Ignition Coils For Automotive Engines, Ignition Magnetos For Engines, Spark Plug Connectors, Fuel Injection Pumps, Speed Governors For Machines, Engines And Motors, Injectors For Engines And Nozzle Carriers; Valves For Machines; Fuel Filters, Oil Filters, Air Filters For Mechanical Purposes; Hydraulic Pumps, Hydraulic Motors, Hydraulic Valves Being Parts Of Machines, Hydraulic Cylinders For Machines, Hydraulic Reservoirs, Hydraulic Filters; Pneumatic Valves Actuators, Pneumatic Devices, Namely, Vehicle Pneumatic Compressors, Compressed Air Reservoirs Being Parts Of Machines, Pump Control Valves, Brake Valves Being Parts Of Machines; Turbo Compressors Being Parts Of Machines; Resistance Welding Installations, Namely, Resistance Welding Machines, Servo Drives For Motors And Gear Spindles Being Parts Of Machines, Robot Electrical Controllers; Modular Parts For Assembly And Manufacturing Machines In The Field Of Automatic Engineering, Namely, Hydraulic Equipment, Namely, Work Tables Being Parts Of Machines And Work Benches Being Parts Of Machines, Mounting Plates For Machines, Namely, Wear Plates; Safety Couplings For Machines, Swivel Couplings For Machines, Lifting Devices, Namely, Hydraulic Scissor Lifting Tables, Industrial Machine Presses In The Nature Of Table Presses; Material Lifting And Handling Systems, Namely, Assembly Line Conveyor Machinery And Chain Conveyors, Vibrating Conveyors, Tilt Mechanisms, Control Mechanisms For Conveying And Handling Machines For Transporting Ceramic Materials, Namely, Machine Grab Attachments And Swan-Neck Robots Being Parts Of Machines; Packing Machines; Electric Power Tools And Plug-In Tools Therefor, Namely, Circular Saws, Drill Drivers, Reciprocating Saws, Impact Drivers, Sanders, Jigsaws, Hammer Drills, Scroll Saws, Hole Saws, Chop Saws, Mitre Saws, Band Saws, Drill Chucks, |
|---|---|---|

| | | Bench Drill Press, Cordless Screwdrivers, Grinders, Routers, Tile Saws, Burrs, Countersinks, Rotary Hammers, Table Saws, Planers; Electric Kitchen Machines, And Accessories Therefor, Namely, Mincing Machines, Mixing And Kneading Machines, Electric Clothing Pressing Machines, Juice Extractors, Juice Centrifuges, Grinders, Slicing Machines, Electric Can Openers, Electric Knife Sharpeners, And Electric Food Processors; Dishwashers; High Frequency Motor Spindles With High Frequency Electric Converters And Power Supply Units; Igniting Devices For Internal Combustion Engines, Namely, Condensers, Distributors, Igniters And Ignition Coils; Component Parts And Accessories For The Above Mentioned Machines, Namely, Drill Bits, Screwdriver Bits, Router Bits, Reciprocating Saw Blades, Circular Saw Blades, Scroll Saw Blades, Jigsaw Blades, Forstner Bits, Shaper Cutters, Sanding Bands, Sanding Belts, Sanding Disks, Abrasive Cut-Off Wheels, Cutting Guides, Cutting Discs, Grinding Discs, And Abrasive Discs For Power Saws And Power Grinders; Power Drills And Power Operated Metalworking Machine Tools, Namely, Boring Tools, Power Saws, Belt Sanding Machines, Wax-Polishing Machines For Household And Industrial Purposes, Electric Hand-Held Drills, Bolt Cutting Machine, Diamond Cutting Tools For Machines, Threading Machines, Floor Edgers, Electric Wax-Polishing Machines For Industrial Purposes, Electric Tile Cutters, Electric Scissors, Electric Floor Polishing Machines And Apparatus, Electric Planers, Electrical Cutting Apparatus, Namely, Cutting Machines, Paint Stripping Machines; Files, Power-Operated Tools; Tile Cutting Machines, Power Operated Tile Saws, Milling-Drilling Machines, Milling Cutters For Milling Machines, Power Operated Metalworking Machine Tools, Namely, Milling Tools, Milling Machines; Wood Chopping Machines, Wood Planning Machines, Wood Grinding Machines, Power Machines For Cutting And Splitting Logs For Firewood; Tapping Machines, Parts Of Woodworking Machines, Namely, Routers, Disc Sanding Machines; Electric Shears; Infagricultural Implements, Other Than Hand-Operated, Namely, Incorporators; Machine |

Coupling And Transmission Components, Except For Land Vehicles, Namely, Couplings For Machines; Electricity Generators Used With Solar Collectors.

Class 9: Electric And Electronic Measuring, Checking And Control Apparatus For Installing In Motor Vehicles, Namely, Automotive Measuring Instruments, Namely, Gauges To Measure Air Pressure And Fuel And Exhaust Gases, To Regulate Oxygen Flow And Fuel, And To Modify or Monitor Engine Performance, Speed, Engine Transmission, And Drive Train; Apparatus For The Recording, Processing, Sending, Receiving And Display Of Signals, Data, Images And Sounds, Namely, Audio Recorders, Digital Media Receivers; Blank Magnetic And Electromagnetic Data Carriers; Video Cameras, Computer Monitors, Loudspeakers, Antennas For Radios And Television Receivers, Telephones, Car Aerials, Portable Radiotelephones, Car Telephones, Namely, Portable Telephones, Mobile Telephones; Alarm Monitoring Systems; Locating And Navigation Equipment For Installation In Land, Air And Water Vehicles, Namely, GPS Navigation Devices; Electric Power Units, Namely, Electrical Power Distribution Units, Electric Filters, Semi-Conductor Components, Namely, Wafers, Lead Frames, Power Elements, And Chip Sets, Optoelectronic Components, Namely, Optical Cables And Filters For Optical Devices; Printed Circuits, Etched Computer Switches, Sealed Computer Switches, Integrated Circuits, Electric Relays And Fuses, Cables For Electric, Electronic And Optical Signals, Electric Cable Couplings, Switches, Electric, Electronic Light Range Adjusters, Alarm Sensors, Laser Speed Detectors, Radar Detectors, Induction Devices, Namely, Induction Voltage Regulators, Switch Boxes, Solar Cells; Analysis Apparatus For Automobiles, Namely, Workshop Test Devices For Analysis Of Exhaust Gases, Soot Particles, Brake Function; Diagnostic Instruments And Simulation Devices, Namely, Diagnostic Scan Tools For Exhaust Gas Analysis, Soot Particle Analysis, Brake Function Testing Equipment, Namely, Handheld Diagnostic Scanners, Automotive Testing Equipment, Namely,

20

Handheld Diagnostic Scanners, Test Apparatus For Engines And Motors, Namely, Workshop Test Devices For Injection Pumps, Starters And Generators; Component Parts And Accessories For The Aforementioned Goods, Namely, Extension Cords, Adapter Plugs, Electric Cables And Special Housings In The Nature Of Electrical Connector Housings, And Electric Switch Housings; Computer Hardware And Downloadable Software For Reading And Transmitting Data From Electric Measuring Devices; Apparatus For Recording, Transmission Or Reproduction Of Sound Or Images; Batteries, Accumulators, Battery Chargers, Battery Testers, Amplifiers, Transformers, Extension Cable Reels; Hydrogen Fuel Cells For Electric Vehicles; Fuel Cells For Stationary Applications; Lambda Probes Being Electronic Oxygen Sensors For Environmental Use; Electronic Control Apparatus For Manufacturing Engineering, Namely, Resistance Welding Controls; Programmable Electronic Controllers, Namely, Motion And Logic Controllers For Industrial Automation, Excluding Gaming Apparatus; Accumulators For Electric Bicycles, Vehicle Charging Stations For Electric Bicycles; Restraint Systems For Installation In Motor Vehicles, Namely, Pressure Sensors.

Class 10: Medical Diagnostic Instruments For Use In Medical Analysis Of Blood Samples Taken From Patients With The Aid Of Artificial Intelligence, Integrating With A Networked Platform; Medical Devices And Apparatus, And Systems Consisting Thereof, For Telemedical Applications, Namely, A Portable Device For Emergency Assistance For Detecting And Transmitting Body Function Values And Bio Signals, Namely, Compact Analysis Devices With Integrated Recorded Operating System Software, Sold As A Unit; Diagnostic Apparatus For Medical Purposes, Namely, Breath Analyzer Apparatus For Diagnosing Asthma; Medical Diagnostic Apparatus For Testing For Viruses And Sexually Transmitted Infections, Namely, Compact Analysis Devices; Health Monitoring Systems, Apparatus And Instruments For Medical Use, Namely, Blood Pressure Monitors, Heart Rate Monitors, Blood Sugar Monitors For Monitoring

21

| | | Bodily Fluids, And Respiration Monitors For Monitoring Asthma In Asthma Patients; Medical Devices For Obtaining Body Fluid Samples. |
|---|---|---|
| | | Class 11: Heating, Cooking, Grilling, Warming And Refrigerating Apparatus, Namely, Barbecue Grills, Warming Drawers Sold As Parts Of Ovens For Kitchens, Stoves, Water Heaters, Sous-Vide Machines, Electric Slow-Cookers, Microwave Ovens, Electric Food Immersion Heaters, Electric Waffle Irons, Electric Deep Fat Fryers; Gas Lighters, Namely, Friction Lighters For Igniting Gas; Headlamps And Automotive Lighting Headlights For Vehicles; Refrigerating Apparatus And Machines, Namely, Freezers And Refrigerators, Refrigerated Cabinets, Combination Refrigerator-Freezers, Deep Freezers, Ice Making Machines, Ice-Cream Makers; Ventilating Installations Comprised Of Ventilation Hoods And Exhaust Fans; Hair Dryers; Electric Coffee Brewers; Electric Roasters; Bakers' Ovens; Electric Egg Cookers; Electric Toasters; Air-Conditioning Installations; Irrigation Sprinklers; Clothes Dryers; Windscreen Defrosting Apparatus For Vehicles; Component Replacement Parts And Fittings For The Aforesaid Goods In This Class, Namely, Refrigerator Shelving In The Nature Of Drawers, Shelves, Handles, Egg Racks, Oven Racks Sold As Parts Of Ovens, Grease Filters, Microwave Accessories, Namely, Rotating Rings And Turntables Sold As Parts Of Microwaves, Broiling Pans, Convection Racks Sold As Parts Of Ovens, Propane Igniters For Gas Appliances, Cable Harness Kits Consisting Of Electrical Heating Cables Sold As Parts Of Ovens, Heating Element Broiler Sold As Parts Of Ovens, Lint Screens Sold As Parts Of Electric Laundry Tumble Dryers, Boot Gaskets Sold As Parts Of Ovens. |

11.     The BOSCH Trademarks registrations are valid, subsisting, unrevoked, uncancelled, and incontestable pursuant to 15 U.S.C. § 1065. The registrations constitute prima facie evidence of validity and of Plaintiffs' exclusive right to use the BOSCH Trademarks pursuant to 15 U.S.C. § 1057(b).

22

12.    True and correct copies of the registration certificates for the BOSCH Trademarks are attached as Exhibit 1.

13.    in the ordinary course of Plaintiffs' business and after obtaining the trademark registrations, BOSCH conducted an internet inquiry and discovered that the Defendants were selling products that displayed unauthorized versions of the BOSCH Trademarks to market and sell their infringing products that illegally utilize the BOSCH Trademarks (the "Infringing Products"), despite having no license or authorization whatsoever to use the BOSCH Trademarks at all.

14.    The BOSCH Trademarks have been the subject of substantial and continuous marketing and promotion by Plaintiffs.  Plaintiffs have and continue to market and promote the BOSCH Trademarks widely both in the industry, and to consumers.  Plaintiffs' promotional efforts include — by way of example, but not limitation — substantial print media, the BOSCH website and social media sites, and point of sale materials.

15.    The BOSCH Trademarks have been continuously used and have never been abandoned. The BOSCH Trademarks are valid, subsisting, and in full force and effect. The registrations of the BOSCH Trademarks constitute prima facie evidence of their validity pursuant to 15 U.S.C. §1057(b).

16.    Plaintiffs have invested substantial time, money, and effort in building up, developing, advertising, and otherwise promoting the BOSCH Trademarks. As a result, products associated with the BOSCH Trademarks are recognized and exclusively associated by consumers and the public as being high-quality products sourced from Plaintiffs.

17.    Plaintiffs have made efforts to protect their interests in and to the BOSCH Trademarks. No one other than Plaintiffs and Plaintiffs' express licensees are authorized to

manufacture, import, export, advertise, offer for sale, or sell any goods utilizing the BOSCH Trademarks without the express written permission of Plaintiffs.

18.    Defendants are individuals and business entities who, upon information and belief, reside in various foreign jurisdictions. Defendants conduct business throughout the United States, including within New York and in this Judicial District, through the operation of the fully interactive commercial websites and online marketplaces operating under the Seller Aliases. Each Defendant targets the United States, including New York, and has offered to sell and, on information and belief, has sold and continues to sell unauthorized and infringing versions of the BOSCH Products to consumers within the United States, including New York and in this Judicial District.

## III.    <u>Factual Background</u>

19.    Prior to the proliferation of anonymous online marketplaces, Plaintiffs successfully enforced their intellectual property rights against identifiable infringers and counterfeiters through traditional legal channels. The meteoric rise of online retailing, coupled with the ability of e-commerce site owners to hide their identities, has made it nearly impossible for effective enforcement actions to be undertaken by Plaintiffs since availing themselves of takedown procedures to remove infringing BOSCH Products would be futile and commercially unreasonable given the sophisticated and coordinated mass counterfeiting operation that is occurring over the Internet. The aggregated effect of the mass counterfeiting that is taking place has overwhelmed Plaintiffs and their ability to police and enforce their rights against the hundreds of anonymous defendants that are selling illegal counterfeit Infringing Products at prices below the cost of authentic BOSCH Products:

## PLAINTIFFS' OFFICIALLY LICENSED PRODUCT



**QuietCast™ Premium Disc Brake Pads**

Developed for the generalist who works on all makes and models all day long, this premium line raises aftermarket brake pad technology to a whole new level.

View Details

☐ Select to compare

---



### Micro Relays

A compact design with nominal 12- or 24-volts. Bosch micro relays are used in a wide range of vehicles. They perform switching operations and allow rated switching currents of up to 25 A. Thanks to their design, they are an ideal...

---



### Mini Relays

A compact design with nominal 12- or 24-volts. Bosch mini relays are used in a wide range of vehicles. They reliably perform switching operations and allow rated switching currents of up to 75 A. Thanks to their design, they are an...

---

### Hydro-Boost® Power Brake Assembly



**COUNTERFEIT/INFRINGING LISTINGS**

[REMOVED FROM PUBLIC DOCKET]

20.     The above examples evidence a cooperative counterfeiting network using fake e-commerce storefronts designed to appear to be selling authentic BOSCH products.

21.     In an effort to illegally profit from the goodwill associated with the BOSCH Trademarks, Defendants have created numerous Seller Aliases and have designed them to appear to be selling authentic BOSCH Products, when in fact they are selling inferior Infringing Products.

22.     Plaintiffs have suffered and continue to suffer immediate and irreparable harm through loss of control over their valuable intellectual property, diminution of reputation and goodwill, loss of quality control, and impairment of licensing relationships and opportunities, for which there is no adequate remedy at law, thereby necessitating both immediate injunctive relief and monetary damages.

23.     The systematic and coordinated mass counterfeiting and infringement campaign has caused, and continues to cause, substantial and irreparable harm to Plaintiffs and their ability to police and effectively enforce Plaintiffs' rights against the hundreds and thousands of anonymous online sellers who are selling counterfeit and infringing products.

24.     To be able to offer the infringing products at a price substantially below the cost of original, while still being able to turn a profit after absorbing the cost of manufacturing, advertising, and shipping requires an economy of scale only achievable through a cooperative effort throughout the supply chain. As established in a 2020 Homeland Security report, infringers

act in concert through coordinated supply chains and distribution networks to unfairly compete with legitimate brand owners while generating huge profits for the illegal pirating network[1].

25.    The Seller Aliases share distinctive identifying characteristics and patterns, including identical design elements and similarities in the unauthorized products offered for sale, establishing a coordinated network of related operations arising from the same series of transactions or occurrences. Defendants deliberately employ sophisticated technological means and aliases to evade detection and liability by systematically concealing their true identities and the full scope and interworking of their illegal network. Despite deterrents such as takedowns and other measures, the use of aliases enables infringers to stymie authorities. *Id.* at 5, 11, 12.

26.    In a recent 2024 report by the Office of the United States Trade Representative (USTR) titled *2024 Review of Notorious Markets for Counterfeiting and Piracy*, counterfeit and pirated goods from China (including trans-shipments via Hong Kong) accounted for 84% of the value and 90% of the total quantity of counterfeit and pirated goods seized by U.S. Customs and Border Protection (CBP) in 2023. The report notes that in prior years, online piracy cost the U.S. economy an estimated $29.2 billion in lost revenue. The report also highlights how e-commerce and social media platforms facilitate counterfeit sales via online seller listings, influencer promotion, links to fake sites, and social media driven traffic[2].

27.    Plaintiffs' investigation reveals that the telltale signs of an illegal counterfeiting and infringement scheme are present in the instant action. For example, Schedule A shows the use of

---

[1] *See* Department of Homeland Security, *Combating Trafficking in Counterfeit and Pirated Goods*, Jan. 24, 2020, (https://www.dhs.gov/publication/combating-trafficking-counterfeit-and-pirated-goods), at 10, 19.

[2] *See 2024 Review of Notorious Markets for Counterfeiting and Piracy*, 89 Fed. Reg. 66,754 (USTR Docket No. 2024-0013) (Oct. 2, 2024). 2024 Review of Notorious Markets for Counterfeiting and Piracy | U.S. Chamber of Commerce

store names by the Seller Aliases that employ no normal business nomenclature and, instead, have the appearance of being made up, or if a company that appears to be legitimate is used, online research shows that there is no known address for the company. Thus, the Seller Aliases are deliberately operating deceptive online storefronts specifically designed to mislead consumers by appearing to sell genuine BOSCH Products, while knowingly selling Infringing Products that are in actuality unauthorized, inferior counterfeit imitations of Plaintiffs' BOSCH Products that illegally utilize the BOSCH Trademarks.

28.     Screenshot evidence showing each Defendant on Schedule A selling Infringing Products is attached as Exhibit 2.

29.     The Seller Aliases also share unique identifiers, such as design elements and similarities of the Infringing Products offered for sale, establishing a logical relationship between them, and suggesting that Defendants' illegal operations arise out of the same transaction, occurrence, or series of transactions or occurrences. Defendants attempt to avoid liability by going to great lengths to conceal both their identities and the full scope and interworking of their counterfeiting and infringement operations.

30.     The Infringing Products for sale through the Seller Aliases bear similarities and indicia of being related to one another, demonstrating that the Infringing Products were manufactured by and sourced from a coordinated network, and that, upon information and belief supported by substantial evidence, Defendants constitute an organized group of infringers operating in deliberate concert to knowingly and willfully manufacture, import, distribute, offer for sale, and sell Infringing Products.

31.     The Seller Aliases intentionally conceal Defendants' identities and the full scope of their counterfeiting and infringement operations in an effort to deter Plaintiffs from learning

Defendants' true identities and the exact interworking of Defendants' illegal operations. Defendants often go to great lengths to conceal their identities by often using multiple fictitious names and addresses to register and operate their massive network of Seller Aliases.

32. Upon information and belief, Defendants regularly create new websites and online marketplace accounts on various platforms using the identities listed in Schedule A to the Complaint, as well as other unknown fictitious names and addresses. Such Seller Alias registration patterns are one of many common tactics used by the Defendants to conceal their identities and the full scope and interworking of their massive infringement operation and to avoid being shut down.

33. In addition to operating under multiple fictitious names, Defendants in this case and defendants in other similar cases involving online infringers systematically employ a variety of sophisticated tactics specifically designed to evade detection and circumvent intellectual property enforcement efforts. For example, infringers like Defendants will often register new online marketplace accounts under new aliases once they receive notice of a lawsuit. Infringers also deliberately structure their shipments in small quantities via international mail as part of a calculated strategy to evade detection and enforcement by U.S. Customs and Border Protection, demonstrating their awareness of and intent to circumvent legal restrictions.

34. A 2024 U.S. Customs and Border Protection report on seizure statistics indicated that the vast majority of Intellectual Property Rights (IPR) seizures continue to take place within the express consignment and mail shipping methods and in 2024, 97% of IPR seizures in the cargo

environment occurred in the de minimis shipments. U.S. Customs and Border Protection, *Intellectual Property Rights Seizure Statistics* FY 2024 at 2[3].

35.     Further, infringers such as Defendants deliberately maintain a complex network of multiple credit card merchant accounts and third-party payment processing accounts, including PayPal accounts, that are strategically concealed behind layers of payment gateways, and are specifically designed to evade detection and continue their infringing operations despite Plaintiffs' legitimate enforcement efforts.

36.     Upon information and belief, Defendants systematically maintain offshore bank accounts and deliberately transfer funds from their PayPal or other payment processor accounts to these offshore accounts outside the jurisdiction of this Court, demonstrating a calculated scheme to shield their illicit profits from legal enforcement and recovery.

37.     Defendants, without any authorization or license from Plaintiffs, have knowingly, willfully, and deliberately counterfeited Plaintiffs' BOSCH Trademarks in connection with the systematic advertisement, distribution, offering for sale, and sale of Infringing Products into the United States, including within this Judicial district of New York, over the Internet. Each Seller Alias offers shipping to the United States, including New York, and, on information and belief, each Defendant has offered to sell and/or has sold Infringing Products into the United States, including New York.

**Count I - Trademark Infringement and Counterfeiting**
**(15 U.S.C. § 1114)**

---

[3] *See* U.S. Customs & Border Protection, FY 2024 IPR Seizure Statistics, (Jan. 16, 2025). FY 2024 IPR Seizure Statistics | U.S. Customs and Border Protection

38.    Plaintiffs replead and incorporate by reference each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

39.    This is a trademark infringement action against Defendants based on their unauthorized use in commerce of counterfeit imitations of the federally registered BOSCH Trademarks in connection with the sale, offering for sale, distribution, and/or advertising of infringing goods. The BOSCH Trademarks are distinctive. Due to Plaintiffs' substantial and continuous investment in quality control, brand management, and product development, consumers have come to expect, rely upon, and associate the highest quality exclusively with Plaintiffs and authentic Products offered, sold, or marketed under the BOSCH Trademarks.

40.    Without Plaintiffs' authorization or consent, with knowledge of Plaintiffs' well-known and prior rights in and to the BOSCH Trademarks and with knowledge that Defendants' Infringing Products bear counterfeit marks, Defendants intentionally reproduced, copied, and/or colorably imitated the BOSCH Trademarks and used spurious designations that are identical with, or substantially indistinguishable from, the BOSCH Trademarks on or in connection with the manufacturing, import, export, advertising, marketing, promotion, distribution, display, offering for sale and/or sale of Infringing Products.

41.    Defendants have manufactured, imported, exported, advertised, marketed, promoted, distributed, displayed, offered for sale, and/or sold their Infringing Products to the purchasing public in direct competition with Plaintiffs, in or affecting interstate commerce, and/or have acted with willful and reckless disregard of Plaintiffs' exclusive rights in and to the BOSCH Trademarks through their systematic and deliberate participation in such unlawful activities.

42.    Defendants have applied their reproductions, counterfeits, copies, and colorable imitations of the BOSCH Trademarks to goods, packaging, point-of-purchase materials, websites,

31

promotions, and/or advertisements intended to be used in commerce upon, or in connection with, the manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, and/or selling of Defendants' Infringing Products, which activities are likely to cause confusion, mistake, and deception among the general purchasing public as to the origin of the Infringing Products, and are likely to deceive consumers, the public and the trade into believing that the Infringing Products sold by Defendants originate from, are associated with, or are otherwise authorized by Plaintiffs, thereby making substantial profits and gains to which they are not entitled in law or equity.

43.    Defendants' unauthorized use of the BOSCH Trademarks on or in connection with the Infringing Products was done willfully and with full knowledge that such use was not authorized or licensed by Plaintiffs, and with deliberate intent to unfairly benefit from the substantial and incalculable goodwill Plaintiffs have developed in the BOSCH Trademarks through years of quality control and significant investment.

44.    Defendants' actions constitute willful counterfeiting of the BOSCH Trademarks in violation of 15 U.S.C. §§ 1114(1)(a)-(b), thus entitling Plaintiffs to relief pursuant to § 1116(d), and §§ 1117(a)-(c).

45.    Defendants' continued, knowing, and willful use of the BOSCH Trademarks without Plaintiffs' consent or authorization constitutes intentional infringement of the BOSCH Trademarks in violation of §32 of the Lanham Act, 15 U.S.C. § 1114.

46.    Plaintiffs have no adequate remedy at law, and if these Defendants' actions are not immediately enjoined, Plaintiffs will continue to suffer immediate and irreparable harm to Plaintiffs' reputation, market position, and the substantial goodwill associated with the BOSCH Trademarks, for which there is no adequate remedy at law.

32

47.     The injuries and damages sustained by Plaintiffs have been directly and proximately caused by Defendants' wrongful reproduction, use, advertisement, promotion, offering to sell, and sale of counterfeit BOSCH Products.

## Count II - False Designation of Origin, Passing Off & Unfair Competition
### (15 U.S.C. § 1125(a)/LANHAM ACT § 43(a))

48.     Plaintiffs replead and incorporate by reference each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

49.     Defendants' promotion, marketing, offering for sale, and sale of infringing BOSCH Products has created and is creating a likelihood of confusion, mistake, and deception among the public as to the affiliation, connection, or association with Plaintiffs or the origin, sponsorship, or approval of Defendants' Infringing Products by Plaintiffs.

50.     By using the BOSCH Trademarks in connection with the sale of unauthorized Infringing Products, Defendants create a false designation of origin and a misleading representation of fact as to the origin and sponsorship of the unauthorized Infringing Products.

51.     Defendants' false designation of origin and misrepresentation of fact as to the origin and/or sponsorship of the unauthorized products to the general public is a willful violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125.

52.     Upon information and belief, Defendants' aforementioned wrongful actions have been knowing, deliberate, willful, intended to cause confusion, to cause mistake, and to deceive the purchasing public and with the intent to trade on the goodwill and reputation of Plaintiffs, the BOSCH Products, and the BOSCH Trademarks.

53.     Plaintiffs have no adequate remedy at law and, if Defendants' actions are not enjoined, Plaintiffs will continue to suffer irreparable harm to their reputation and the goodwill associated with Plaintiffs' valuable brand portfolio.

IV.   **Prayer For Relief**

WHEREFORE, Plaintiffs pray for Judgment against Defendants as follows:

1)   That Defendants, their respective affiliates, officers, agents, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily, preliminarily, and permanently enjoined and restrained from:

a.   using the BOSCH Trademarks or any reproductions, copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not an authorized BOSCH Product or is not authorized by Plaintiffs to be sold in connection with the BOSCH Trademarks;

b.   passing off, inducing, or enabling others to sell or pass off any product not produced under the authorization, control, or supervision of Plaintiffs and not approved by Plaintiffs for sale under the BOSCH Trademarks;

c.   committing any acts calculated to cause consumers to believe that Defendants' counterfeit and Infringing Products are those sold under the authorization, control, or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with BOSCH;

d.   further infringing the BOSCH Trademarks and damaging Plaintiffs' goodwill;

e.   otherwise competing unfairly with Plaintiffs in any manner;

f.   shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, Infringing Products or related products or inventory not authorized by Plaintiffs to be sold or offered for sale, and which bear the BOSCH Trademarks;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning the Seller Aliases, or any other online marketplace account that is being used to sell products or inventory not authorized by Plaintiffs which bear the BOSCH Trademarks;

2)  That Defendants, within fourteen (14) days after service of judgment with notice of entry thereof upon them, be required to file with the Court and serve upon Plaintiffs a written report under oath setting forth in detail the manner and form in which Defendants have complied with all aspects of the injunctive relief ordered by this Court;

3)  Entry of an Order that, upon Plaintiffs' request, those in privity with Defendants and those with notice of the injunction, including any online marketplaces, social media platforms such as Facebook, YouTube, LinkedIn, Twitter, internet search engines such as Google, Bing, and Yahoo, web hosts for the Seller Aliases, and online marketplace account registrars, shall:

a. disable and cease providing services for any accounts through which Defendants engage in the sale of Infringing Products or related products not authorized by Plaintiffs, which bear the BOSCH Trademarks, including but not limited to any accounts associated with the Defendants listed on Schedule A and any affiliated, related, or successor accounts;

b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of Infringing Products or related products not authorized by Plaintiffs, which bear the BOSCH Trademarks or imitations thereof; and

c. take all steps necessary to prevent links to the Seller Aliases identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Seller Aliases from any search index;

4) That Defendants account for and pay to Plaintiffs all profits realized by Defendants by reason of Defendants' willful and unlawful acts herein alleged, and that the amount of damages for infringement be trebled pursuant to 15 U.S.C. § 1117(b) due to the exceptional nature of this case and Defendants' willful infringement;

5) In the alternative, that Plaintiffs be awarded statutory damages up to $2,000,000 per counterfeit mark per type of goods or services sold, offered for sale, or distributed, as provided by 15 U.S.C. § 1117(c)(2) given the exceptional nature of Defendants' knowing, willful and intentional infringement in this matter;

6) For Judgment in favor of Plaintiffs against Defendants:

a. for injury to Plaintiffs' business reputation and goodwill caused by Defendants' acts and conduct set forth in this Complaint;

7) That Plaintiffs be awarded their reasonable attorneys' fees and costs; and

8) Award such other and further relief, including temporary, preliminary and permanent injunctive relief, as this Court may deem just and proper under the circumstances and as allowed by law.

Dated: March 20, 2026                       Respectfully submitted,

*/s/ Shengmao Mu*
Shengmao Mu
NY No. 5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY, 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiffs*