

**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

March 27, 2026
Hon. Gregory H. Woods
Courtroom 12C
United States Courthouse
500 Pearl Street
New York, New York, 10007

### MOTION FOR EXTENSION OF TRO AND TO CONTINUE
### SHOW CAUSE HEARING FOR A PRELIMINARY INJUNCTION

Re: Robert Bosch GmbH and Robert Bosch LLC v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint. Case No. 2:26-cv-2212

Dear Hon. Judge Woods,

I am Counsel for Plaintiffs Robert Bosch GmbH and Robert Bosch LLC in this matter.

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and the Court's inherent power to effectuate its own orders, Plaintiffs Robert Bosch GmbH and Robert Bosch LLC ("Plaintiffs") seek to extend the Temporary Restraining Order entered by the Court on March 20, 2026 ("TRO") [Dkt. 16] for a period of fourteen (14) days until April 17, 2026, the Court's set Show Cause Hearing for a Preliminary Injunction until April 17, 2026, and Defendants' Show Cause Response until April 14, 2026.

On March 20, 2026, the TRO was served on the third parties who are providing online services to the Defendants. So that funds are available to compensate Plaintiffs for the extensive infringement it has suffered, Plaintiffs plan to freeze financial accounts identified by the third parties in accordance with the TRO. As of March 27, 2026, the third parties have not completed effectuating the TRO.

Pursuant to Federal Rule of Civil Procedure 65, a TRO can be entered for 14 days and can be extended for good cause for an additional 14 days. Fed. R. Civ. P. 65(b)(2). There is good cause to extend the TRO because there is a high probability the Defendants will continue to harm Plaintiffs without the TRO remaining in place. Specifically, Defendants will likely attempt to move any assets from their financial accounts to offshore accounts beyond this Court's jurisdictional reach. As discussed in Plaintiffs' Memorandum in Support of its Ex Parte Motion for Entry of a Temporary Restraining Order, and as found by the Court in granting the TRO, this possibility of harm is significant. Accordingly, in the interest of justice, extension of the TRO is necessary.

In light of the above, Plaintiffs respectfully request that the TRO be extended for a period of fourteen (14) days until April 17, 2026. Show Cause Hearing for a Preliminary Injunction to be continued until April 17, 2026, and Defendants' Show Cause Response extended to April 14, 2026.



57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019
T: +1 (917) 858-8018 | E: smu@whitewoodlaw.com
W: whitewoodlaw.com

Dated: March 27, 2026

Respectfully submitted,

*/s/ Shengmao Mu*
Shengmao Mu
NY No. 5707021
**WHITEWOOD LAW PLLC**
57 West, 57th Street, 3rd and 4th Floors
New York, NY, 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiffs*