USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2026



**MEMORANDUM ENDORSED**

ATTORNEY AND COUNSELORS AT LAW

203 N LaSalle, Suite 2100
Chicago, IL 60601
Tel (312) 888-6633
Fax (217) 970-1066
Info@getechlaw.com

April 6, 2026

Hon. Gregory H. Woods
Courtroom 12C
United States Courthouse
500 Pearl Street
New York, New York 10007

### UNOPPOSED LETTER MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE

Re: Robert Bosch GmbH and Robert Bosch LLC v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint. Case No. 26-cv-2212

Dear Hon. Judge Woods,

I am Counsel for Defendant Scitoo Auto ("Defendant") in this matter.

Pursuant to Your Honor's Individual Rules of Practice, Defendant Scitoo Auto respectfully requests a fourteen (14) day extension of time to respond to the Court's Order to Show Cause why a Preliminary Injunction should not issue [Dkt. No. 16, as modified by Dkt. No. 25].

On March 20, 2026, Plaintiffs filed their Complaint against the Defendants identified on Schedule A. [Dkt. No. 1]. That same day, this Court entered a Temporary Restraining Order and Order to Show Cause why a Preliminary Injunction should not issue. [Dkt. No. 16]. On March 31, 2026, this Court extended the Temporary Restraining Order to April 15, 2026, and set the deadline for Defendants to respond to the Order to Show Cause as April 6, 2026. [Dkt. No. 25].

Good cause exists to extend this deadline. Defendant's Counsel was just retained, leaving very limited time to review the pleadings, docket, and procedural posture of this action, and to adequately assess the merits of Plaintiffs' application for a Preliminary Injunction. Since retention, the Parties have been in communication and are actively exploring the possibility of an early

1

resolution, including settlement. Additional time would allow the Parties to continue those discussions and, if necessary, permit Defendant to prepare a fulsome response to the Court's Order to Show Cause.

In accordance with Your Honor's Individual Rules, Defendant further states: (1) the original due date is April 6, 2026; (2) this is Defendant's first request for an extension of time with respect to the Order to Show Cause; (3) the reason for the request is as set forth above; (4) Plaintiffs do not oppose this extension request; and (5) Defendant requests the deadline be extended to April 20, 2026, or in the alternative, to April 15, 2026, or such other date in advance of the April 15, 2026 Show Cause Hearing as the Court deems appropriate. This request does not affect any other currently scheduled dates.

In light of the above, Defendant Scitoo Auto respectfully requests that this Court extend the deadline to respond to the Court's Order to Show Cause from April 6, 2026 to April 20, 2026, or in the alternative, to such date in advance of the April 15, 2026 Show Cause Hearing as the Court deems appropriate.

DATED: April 6, 2026

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*Attorney for Defendant Scitoo Auto*

Application granted. The deadline for Defendant Scitoo Auto to respond to the Court's order to show cause is extended to April 12, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 32.

SO ORDERED.

Dated: April 7, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2