AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▢ ▾

| | |
|---|---|
| ROBERT BOSCH GMBH AND ROBERT BOSCH LLC ))))) *Plaintiff(s)* ) v. ) THE INDIVIDUALS, CORPORATIONS, LIMITED ) LIABILITY COMPANIES, PARTNERSHIPS, AND ) UNINCORPORATED ASSOCIATIONS IDENTIFIED ) ON SCHEDULE A TO THE COMPLAINT ) *Defendant(s)* ) | Civil Action No. 26-cv-2212 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Shengmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/3/2026

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* On March 27, 2026, I or somebody under my direction electronically published the
Complaint, TRO, all signed Orders,and all other documents on a website. On March 27,
 I or somebody under my direction sent an e-mail that includes a link to said website to the e-mail addresses
provided by third party service providers and disclosed by Defendants. Stamped summons was served on April 06, .
2026.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | 91440606MAD7AA | Amazon | A1UOAF4NWN795A |
| 2 | AIRTAK | Amazon | A36S3E7Z4JRMZ5 |
| 3 | AngyMeck | Amazon | A3GYAGS013ULEZ |
| 4 | anshengfeng | Amazon | A3NWJZVO04O2NL |
| 5 | Aokus | Amazon | A2Q5MOQYU5IRR3 |
| 6 | Beautycitys | Amazon | A3CK48GU6DHY15 |
| 7 | BLUE ELF | Amazon | A3DMSW197ALR8O |
| 8 | Cdmattwus | Amazon | A2914R9XVB7OSV |
| 9 | CelPart | Amazon | A1NTRNL35JGGVD |
| 10 | CEN- | Amazon | A2F92UJS2OQ1W6 |
| 11 | Chenweibin | Amazon | A2W5SZFR62KNJJ |
| 12 | Chenzhou Beihu District Song Xue Trading Co., Ltd. | Amazon | A26MWS41ILTZPG |
| 13 | chongyangxianfangxinshangmaoyouxiangongsi | Amazon | A1TEWEI60UXW7Q |
| 14 | Connectors & Wire & Tools | Amazon | A3KY66I36TSYAT |
| 15 | DIYMakerLab US | Amazon | A2T109NNBZQWTW |
| 16 | Eastjingyy | Amazon | A2OR2XCX5YA56J |
| 17 | Fanyixuan Trading Accessories | Amazon | A3BYP0MKJG2TI9 |
| 18 | FILTERUP Performance | Amazon | AE5Y0SOHLV0K |
| 19 | Gebildet | Amazon | A86AD06S3OMVQ |
| 20 | Gtw Machinery Equipment Co., Ltd. | Amazon | A3PFBP97TAA16W |
| 21 | HAIXIuyue | Amazon | ADYERE4IZ669M |
| 22 | Heavy Machinery Electrical Hub | Amazon | A1VXK88G3B8831 |
| 23 | heavymachineryparts | Amazon | A1LRODYVGO4MHI |
| 24 | hefeigailingdianzishangwuyouxiangongsi | Amazon | A1ENN4UON75UQJ |
| 25 | hefeipangjieshangmaoyouxiangongsi | Amazon | A3TOSWY5RFIZSM |
| 26 | henanshengguanrongshangmaoyouxiangongsi | Amazon | A1U2Z6F7TUDV5V |
| 27 | HezeStar | Amazon | A2NAT95LZDP2OL |
| 28 | Hoai Thu Store | Amazon | A3NE1ACYFRTFVB |
| 29 | Infincar | Amazon | A16MHB70X0XXFK |
| 30 | INPOST SPARE PART | Amazon | A15BL1PWHZNI3Z |
| 31 | JATY Auto parts shop | Amazon | A55XV92KTWL5T |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 32 | JFYS | Amazon | A8N2JEQQ24FLX |
| 33 | Jinjunqiang | Amazon | A1C0MTO1PIQKU5 |
| 34 | KAIZISHANGWU | Amazon | A1DZMDS4OPOSSN |
| 35 | Kameiliduo | Amazon | A32YVU392LLMCE |
| 36 | KEKE Flower | Amazon | A20TVHYMQIB728 |
| 37 | LABLT | Amazon | A2ZHOHFHAB89GX |
| 38 | Lincang Ziling Trading Co., Ltd | Amazon | A3PHCK7N7RZ9AL |
| 39 | linyixiankangmeishangwuwenyinyouxiangongsi | Amazon | A175R8C1ANWLC9 |
| 40 | Losato | Amazon | A3VMKH5BSIX2ZW |
| 41 | Maicheng store | Amazon | A1O25JLRQN1A04 |
| 42 | MarcoCO | Amazon | ADJAIPIGK6S3S |
| 43 | miluoshiqiyuanmengshangmaoyouxiangongsi | Amazon | A20Y0ORI23S3ZV |
| 44 | MNJ MOTOR OFFICIAL | Amazon | A2YQ38YBRAD8AU |
| 45 | Mortch Motor official store | Amazon | AIUI6EDU0SMFX |
| 46 | ningxushangmao | Amazon | A3E1FIVKI27TKW |
| 47 | PECULIAR-US | Amazon | A1VQBE6FGF6IKN |
| 48 | Pengcheng Commerce | Amazon | A3D806X27W6VFA |
| 49 | PremiumpartsWhosale | Amazon | A31B1NF333K7B |
| 50 | puchengxianzhangxinpingyangzhichang | Amazon | A1365I10RRVUYQ |
| 51 | Qi zhengSHOP | Amazon | A20OG31XHDGWEH |
| 52 | SAIL MARINE | Amazon | A23GITRYASSSZZ |
| 53 | Scitoo Auto | Amazon | A3GW5CKPDHE2JH |
| 54 | shanxidefulemenchuangyouxiangongsi | Amazon | A3ULCY0KOC351C |
| 55 | Shao Lei Clothing Co., Ltd. | Amazon | A3R7PQBO818HXR |
| 56 | Shengxiaobin E-commerce Co., Ltd., Hedong District, Tianjin City | Amazon | A2ENIRN1OIFHFM |
| 57 | shenzhengoodstart | Amazon | AOJ1TTN9FYI73 |
| 58 | sichuanziliujinqiyeguanliyouxiangongsi | Amazon | A15NLVLHUCP1GB |
| 59 | Sma5Wal | Amazon | A1V76J0SFCDMK4 |
| 60 | taijun--mall | Amazon | A2OHWT0971RKLJ |
| 61 | tangyujinshangdian | Amazon | A1E89M1EBXBYO |
| 62 | TongChengXianHanRongShangMaoYouXian GongSi | Amazon | A1YA7RVFNU7NCM |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 63 | TongChengXianShaMoOuShangMaoYouXian GongSi | Amazon | ASOC5FCVQJSKJ |
| 64 | WANGGAOfei | Amazon | A1YTQF67U41NZ4 |
| 65 | who-us | Amazon | A328RNHVI3RT97 |
| 66 | wuhumoyangqichepeijianmaoyiyouxiangongsi | Amazon | AVEIR56TBVHVR |
| 67 | Xonithra Premium | Amazon | A12ISBU91RY9U9 |
| 68 | xuexuanxiaodian | Amazon | AFQM98I1F13DE |
| 69 | XuYuanPeng KeJiGongSi | Amazon | A2TZ64Z7ZUG5DK |
| 70 | xzjcsmyxgs | Amazon | A398Q7AYMOK0J8 |
| 71 | Yancinne | Amazon | AWJXRBKZI23G2 |
| 72 | YangWenHao WangLuoMAOYI | Amazon | A3EAO5PQS0Z0LM |
| 73 | yanxi tian | Amazon | A23TRDGFS9SIYP |
| 74 | Yilin trade | Amazon | AXQT4CRB37RUF |
| 75 | Yiwu Hengjun Clothing Co., Ltd. | Amazon | A1ZFT0P55ZGJ8Q |
| 76 | youfengyimao | Amazon | A1GJDLHGSEN1ZB |
| 77 | YXMYH | Amazon | A3KI8JXHST4OXQ |
| 78 | Zadiac Large-appliances Store | Amazon | A26F2FLYQUFIWO |
| 79 | zhangrenSHOP | Amazon | AIUYE9S5IRKMN |
| 80 | zhangxiaoqiango | Amazon | A14E5X018QTJB9 |
| 81 | ZhaoTongZhaoYangJuWanShangMaoYouXia nGongSi | Amazon | A1K3MMG3JST4PD |
| 82 | zhengzhoumianchangshangmaoyouxiangongsi | Amazon | A1EKAOFGK1T5Y8 |
| 83 | zhengzhoushizhioushangmaoyouxiangongsi | Amazon | AJZ0SG01AZ227 |
| 84 | zhengzhouyuyunshangmaoyouxiangongsi | Amazon | A20R4AG3QKR9M4 |
| 85 | Zhikuo Maoyi Shanghang | Amazon | AH99GQNV4C8MY |
| 86 | zhoukouhanyangshangmaoyouxiangongsi | Amazon | A1MQ5KZ5L59KRZ |
| 87 | zmj000 | Amazon | A24667Q0WYO1HS |
| 88 | Aetherialww | Temu | 634418226449352 |
| 89 | asgklh | Temu | 634418222776268 |
| 90 | AzureRay | Temu | 634418224088045 |
| 91 | Bloomdsdsdd | Temu | 634418226073086 |
| 92 | Blue HH | Temu | 634418226810714 |
| 93 | BOUG | Temu | 634418223550630 |
| 94 | Breezy Nest Pro | Temu | 634418222967758 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 95 | cailanchenshop | Temu | 634418222051586 |
| 96 | chencaizhenshop | Temu | 634418222015383 |
| 97 | Delpiero | Temu | 634418225715173 |
| 98 | DGAAPTSQ | Temu | 634418225952786 |
| 99 | DGBbaodan | Temu | 634418226741543 |
| 100 | DGBlaicai | Temu | 634418226741595 |
| 101 | Donggangbang | Temu | 634418226728990 |
| 102 | DSX story | Temu | 634418222407999 |
| 103 | Echohsojosdfsw | Temu | 634418226057190 |
| 104 | Echonisndw | Temu | 634418226430998 |
| 105 | EternityTM | Temu | 634418225516545 |
| 106 | Etheralok | Temu | 634418226732015 |
| 107 | Fabrega | Temu | 634418224365569 |
| 108 | Fdleyx | Temu | 634418226643810 |
| 109 | fengdongle | Temu | 634418226640977 |
| 110 | FOSENJENNY | Temu | 634418224311081 |
| 111 | FSX story | Temu | 634418226337868 |
| 112 | FUGANG bbb | Temu | 634418225136483 |
| 113 | Fulelelelele | Temu | 634418227049687 |
| 114 | FZRBDBD | Temu | 634418226643278 |
| 115 | GXccwdp | Temu | 634418224909692 |
| 116 | GXlizhipingll | Temu | 634418226670962 |
| 117 | haolefubaofubaofubaofu | Temu | 634418226652835 |
| 118 | Havennih | Temu | 634418225850909 |
| 119 | HOOAPL | Temu | 634418226805775 |
| 120 | HPHPHPGYKX | Temu | 634418222811885 |
| 121 | Huckleberry Pantry | Temu | 634418226346091 |
| 122 | HUTL | Temu | 634418226847084 |
| 123 | HY Outdoor Shop | Temu | 634418223138857 |
| 124 | INZAGH | Temu | 634418226245356 |
| 125 | JIAOZIDDD | Temu | 634418226219748 |
| 126 | JZBFIVE | Temu | 634418226868217 |
| 127 | kafubaihuobaofubaofu | Temu | 634418226739075 |
| 128 | Kenhuang | Temu | 634418223618508 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 129 | LGSlaicai | Temu | 634418226745133 |
| 130 | Liangshuaidexiaodian | Temu | 634418223074026 |
| 131 | Lsbaihuo | Temu | 634418226644126 |
| 132 | LSyouxuan | Temu | 634418226644167 |
| 133 | Ltaotaobaihuo | Temu | 634418226746957 |
| 134 | magnus | Temu | 634418224241631 |
| 135 | Mech Aura | Temu | 634418226367506 |
| 136 | MENGAAAAA | Temu | 634418224608837 |
| 137 | Miranribaihuobaihuo | Temu | 634418226649773 |
| 138 | MiRanriyonglaicai | Temu | 634418226653381 |
| 139 | MKyouxuan | Temu | 634418226643534 |
| 140 | Monterall | Temu | 634418225713907 |
| 141 | MsPanshop | Temu | 634418222425957 |
| 142 | NestDepot | Temu | 634418226693250 |
| 143 | NYJHNGJ | Temu | 634418226398097 |
| 144 | oldroger | Temu | 634418224238762 |
| 145 | Pulseijdis | Temu | 634418225852091 |
| 146 | pureay | Temu | 634418224089338 |
| 147 | Quanliyifu | Temu | 634418225261996 |
| 148 | REKLHHHNM | Temu | 634418223934764 |
| 149 | SciMech Mart | Temu | 634418225846864 |
| 150 | shengyixinglonges | Temu | 634418223056482 |
| 151 | shevchen | Temu | 634418224357382 |
| 152 | Spandji | Temu | 634418226439642 |
| 153 | Stylistudio | Temu | 634418226495147 |
| 154 | Theodorianus | Temu | 634418226373280 |
| 155 | TKFERFGLL | Temu | 634418226792234 |
| 156 | tottiny | Temu | 634418225712968 |
| 157 | treze | Temu | 634418224239685 |
| 158 | Two forests | Temu | 634418221186139 |
| 159 | UHBBDAJJ | Temu | 634418224907165 |
| 160 | Vera Terra Shop | Temu | 634418226748779 |
| 161 | VGEDDFF | Temu | 634418226390285 |
| 162 | Vieriry | Temu | 634418225714312 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 163 | VogueVilla O | Temu | 634418226504876 |
| 164 | Worldlyte | Temu | 634418226550794 |
| 165 | WorldMarte | Temu | 634418226550685 |
| 166 | XHGYKX | Temu | 634418222840185 |
| 167 | XHXHGYKX | Temu | 634418222840571 |
| 168 | Xia YING | Temu | 634418226207382 |
| 169 | XIAOGYKX | Temu | 63441822841129 |
| 170 | xiaohuahuawsx | Temu | 634418226806484 |
| 171 | yaaneetwo | Temu | 634418223862566 |
| 172 | yangssfour | Temu | 634418227916087 |
| 173 | YUYBUNX | Temu | 634418225878616 |
| 174 | Zenisd | Temu | 634418225851560 |
| 175 | ZEYMGf | Temu | 634418225578943 |
| 176 | ZEYMGg | Temu | 634418225976659 |
| 177 | ZEYMGj | Temu | 634418226005111 |
| 178 | zhangguizhu | Temu | 634418226429687 |
| 179 | ZhenGlobe | Temu | 634418221757313 |
| 180 | Zhongshariyongbaihuo | Temu | 634418226743609 |
| 181 | Zidaney | Temu | 634418226245604 |