USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/24/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

# MEMORANDUM ENDORSED

ROBERT BOSCH GMBH AND ROBERT
BOSCH LLC
       Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A TO THE COMPLAINT,

       Defendants.

Civil Action No. 26-cv-2212

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
| --- | --- |
| AIRTAK | 2 |
| Connectors & Wire & Tools | 14 |
| Eastjingyy | 16 |
| Kameiliduo | 35 |
| Yilin trade | 74 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

The case shall remain against other named Defendants identified in Schedule A to the Complaint.

1

Date:April 23, 2026

Respectfully submitted,

*/s/ Shengmao Mu*
Shengmao Mu
NY No. 5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiffs*

Plaintiff has voluntarily dismissed its claims against Defendants AIRTAK, Connectors & Wire & Tools, Eastjingyy, Kameiliduo, and Yilin trade under F.R.C.P. 41(a)(1)(A)(i).  The Clerk of Court is directed to remove the names of Defendants AIRTAK, Connectors & Wire & Tools, Eastjingyy, Kameiliduo, and Yilin trade from the caption of this case.

SO ORDERED.

Dated:  April 24, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

2