UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2026

ROBERT BOSCH GMBH, *et al.*,

                         Plaintiffs,

               -v-

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

                        Defendants.

------------------------------------------------------------------ X

1:26-cv-2212-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On May 1, 2026, Plaintiffs filed a stipulation and proposed order extending the deadline for Defendant Premium Parts Wholesale LTD to answer or otherwise respond to the complaint to May 15, 2026. Dkt. No. 50. The Court will not act on the parties' stipulation because the parties have not complied with Rule 1(F) of the Court's Individual Rules of Practice in Civil Cases. Rule 1(F) requires that immediately following the filing of any proposed order or stipulation, parties are directed to submit a joint letter to the Court, stating (1) the reason for the request; (2) the position of each of the parties with respect to the proposed order or stipulation; (3) the basis for the Court's legal authority to enter the proposed order or stipulation; and (4) any other information that the parties believe would provide context for the Court's evaluation of the request.

        SO ORDERED.

Dated: May 1, 2026

                                    _____
                                      GREGORY H. WOODS
                                  United States District Judge