USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/11/2026_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

# MEMORANDUM ENDORSED

ROBERT BOSCH GMBH AND ROBERT
BOSCH LLC

      Plaintiffs,

v.

91440606MAD7AA, et al.,

      Defendants.

Civil Action No. 26-cv-2212

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| AngyMeck | 3 |
| chongyangxianfangxinshangmaoyouxiangongsi | 13 |
| KAIZISHANGWU | 34 |
| LABLT | 37 |
| Losato | 40 |
| miluoshiqiyuanmengshangmaoyouxiangongsi | 43 |
| Shao Lei Clothing Co., Ltd. | 55 |
| who-us | 65 |
| zhengzhoumianchangshangmaoyouxiangongsi | 82 |
| zhengzhoushizhioushangmaoyouxiangongsi | 83 |
| zhengzhouyuyunshangmaoyouxiangongsi | 84 |
| zhoukouhanyangshangmaoyouxiangongsi | 86 |
| Quanliyifu | 147 |

1

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

The case shall remain against other named Defendants identified in Schedule A to the Complaint.

Date:May 8, 2026

Respectfully submitted,

*/s/ Shengmao Mu*
Shengmao Mu
NY No. 5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiffs*

Plaintiff has voluntarily dismissed its claims against Defendants AngyMeck, chongyangxianfangxinshangmaoyouxiangongsi, KAIZISHANGWU, LABLT, Losato, miluoshiqiyuanmengshangmaoyouxiangongsi, Shao Lei Clothing Co., Ltd., who-us, zhengzhoumianchangshangmaoyouxiangongsi, zhengzhoushizhioushangmaoyouxiangongsi, zhengzhouyuyunshangmaoyouxiangongsi, zhoukouhanyangshangmaoyouxiangongsi, and Quanliyifu under F.R.C.P. 41(a)(1)(A)(i).

The Clerk of Court is directed to remove the names of Defendants AngyMeck, chongyangxianfangxinshangmaoyouxiangongsi, KAIZISHANGWU, LABLT, Losato, miluoshiqiyuanmengshangmaoyouxiangongsi, Shao Lei Clothing Co., Ltd., who-us, zhengzhoumianchangshangmaoyouxiangongsi, zhengzhoushizhioushangmaoyouxiangongsi, zhengzhouyuyunshangmaoyouxiangongsi, zhoukouhanyangshangmaoyouxiangongsi, and Quanliyifu from the caption of this case.

SO ORDERED.

Dated:  May 11, 2026

_____
GREGORY H. WOODS
United States District Judge

2