USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

# MEMORANDUM ENDORSED

ROBERT BOSCH GMBH AND ROBERT
BOSCH LLC

        Plaintiffs,

v.

91440606MAD7AA, et al.,

        Defendants.

Civil Action No. 26-cv-2212

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| Cdmattwus | 8 |
| JFYS | 32 |
| shenzhengoodstart | 57 |
| Zadiac Large-appliances Store | 78 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

The case shall remain against other named Defendants identified in Schedule A to the Complaint.

1

Date:May 15, 2026                                Respectfully submitted,

                                                 */s/ Shengmao Mu*
                                                 Shengmao Mu
                                                 NY No. 5707021
                                                 **WHITEWOOD LAW PLLC**
                                                 57 West 57th Street, 3rd and 4th Floors
                                                 New York, NY 10019
                                                 Telephone: (917) 858-8018
                                                 Email: smu@whitewoodlaw.com

                                                 *Counsel for Plaintiffs*


Plaintiff has voluntarily dismissed its claims against Defendants Cdmattwus, JFYS, shenzhengoodstart, and Zadiac Large-appliances Store under F.R.C.P. 41(a)(1)(A)(i).  The Clerk of Court is directed to remove the names of Defendants Cdmattwus, JFYS, shenzhengoodstart, and Zadiac Large-appliances Store from the caption of this case.

SO ORDERED.

Dated:  May 15, 2026            _____
New York, New York                 GREGORY H. WOODS
                                United States District Judge

2