**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT BOSCH GMBH AND ROBERT BOSCH LLC | |
| Plaintiffs, | Civil Action No. 26-cv-2212 |
| v. | |
| 91440606MAD7AA, et al., | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| BLUE ELF | 7 |
| Gebildet | 19 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

The case shall remain against other named Defendants identified in Schedule A to the Complaint.

Date:May 22, 2026

Respectfully submitted,

*/s/ Shengmao Mu*
Shengmao Mu
NY No. 5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiffs*