USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

ROBERT BOSCH GMBH, *et al.*,

Plaintiffs,

-v-

INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, *et al.*,

Defendants.

---------------------------------------------------------------- X

1:26-cv-2212-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Plaintiffs have filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) to dismiss their claims against Defendant FILTERUP Performance ("Defendant"). Dkt. No. 94. Because Defendant has answered the complaint, Dkt. No. 75, Rule 41(a)(1)(A)(i) does not apply. Plaintiffs may dismiss their claims against Defendant only by filing a stipulation of dismissal signed by both parties under Rule 41 (a)(1)(A)(ii) or by moving for dismissal under Rule 41(a)(2).

SO ORDERED.

Dated: July 22, 2026
New York, New York

__________________________________
GREGORY H. WOODS
United States District Judge