USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT BOSCH GMBH, *et al.*,
Plaintiff,

-v-

INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,
Defendant.

1:26-cv-2212-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's order dated July 1, 2026, Dkt. No. 90, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than August 17, 2026. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's July 1, 2026 order forthwith and in any event no later than August 21, 2026.

SO ORDERED.

Dated: August 20, 2026
New York, New York

GREGORY H. WOODS
United States District Judge